**Order entered November 15, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00223-CV

**IN THE INTEREST OF S.G.C.G., A CHILD**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-21940**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 12, 2018.  The appeal will be resubmitted in the first quarter of 2019.

/s/    ELIZABETH LANG-MIERS
       PRESIDING JUSTICE